## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0034. State ex rel. Shea v. Hillcrest Ambulance Serv.**
Franklin App. No. 07AP–136, 2007-Ohio-6536.

**2008–0041. State ex rel. Browning v. Indus. Comm.**
Franklin App. No. 06AP–952, 2007-Ohio-6085.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–2100. State ex rel. McClaran v. Ontario.**
Richland App. No. 06CA99, 2007-Ohio-5254.